No. 4,155.—IN THE MATTER OF THE ESTATE OF W. A. WELLS, DECEASED.

*Appeal from District Court, Carbon County; A. C. Spencer, Judge.*

Decided May 31, 1918.

PER CURIAM.—Upon motion of the appellant herein, the appeal in the above-entitled cause is this day dismissed.

*Mr. W. A. Walls, Mr. E. E. Enterline* and *Mr. R. G. Wiggenhorn,* for Appellant.

*Mr. H. C. Crippen* and *Messrs. Goddard & Clark,* for Respondent.

---

Nos. 4,064, 4,149.—KATHERYN BOWN, RESPONDENT, *v.* BENJAMIN W. BOWN, APPELLANT.

*Appeal from District Court, Missoula County; R. Lee McCulloch, Judge.*

Decided June 17, 1918.

PER CURIAM.—Upon motion of the appellant herein, the appeals in the above-entitled causes are this day dismissed.

*Messrs. McCormick & Russell,* for Appellant.

*Messrs. Mulroney & Mulroney,* for Respondent.